**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01750-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ARTHUR JAMES GRIFFIN JR.,

    Applicant/Plaintiff,

v.

[NO NAMED PARTY],

    Respondent/Defendant.

---

### ORDER DIRECTING MR. GRIFFIN TO CURE DEFICIENCIES

---

On July 2, 2013, Arthur James Griffin Jr. submitted a twenty-seven page pleading in which he appears to challenge either the validity/execution or the conditions of his confinement at the Douglas County Corrections in Omaha, Nebraska.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Mr. Griffin will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Mr. Griffin files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    _X_    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner
(8)    ___    is not on proper form

(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other: Mr. Griffin may in the alternative pay the proper filing fee in full in advance depending on if he intends to file a habeas action ($5) or a prisoner complaint ($400).

**Complaint, Petition or Application**:

(11) _X_   is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that Mr. Griffin cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Griffin files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that once Mr. Griffin decides the type of case he intends to file he shall obtain the necessary forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Griffin fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED July 3, 2013, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge