IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01750-BNB

ARTHUR JAMES GRIFFIN, JR.,

      Applicant/Plaintiff,

v.

[NO NAMED PARTY],

      Respondent/Defendant.

---

## ORDER OF DISMISSAL

---

Arthur James Griffin, Jr., is in the custody of the Douglas County Department of Corrections in Omaha, Nebraska.   Mr. Griffin, acting *pro se*, initiated this action by filing a pleading titled, "25-2160 Peremptory Writ Writ Mandamus 25-2156 Mandamus."   In an order entered on July 3, 2013, Magistrate Judge Boyd N. Boland instructed Mr. Griffin to decide the type of case he intends to file, obtain the necessary forms from the Court's website with the assistance of his case manager or facility's legal assistant, and file the forms with the Court.

Magistrate Judge Boland warned Mr. Griffin that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.   Mr. Griffin has failed to communicate with the Court and now has failed to comply with the July 3 Order within the time allowed.   The action, therefore, will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.   *See Coppedge v. United States*, 369 U.S. 438

(1962).  If Mr. Griffin files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __15th__ day of __August__, 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court