IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01750-LTB

ARTHUR JAMES GRIFFIN, JR.,

    Applicant/Plaintiff,

v.

[NO NAMED PARTY],

    Respondent/Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent/Defendant and against Applicant/Plaintiff.

    DATED at Denver, Colorado, this 15 day of August, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ S. Grimm
                          Deputy Clerk